IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TYRONE SMITH,

      Appellant,

                              Case No. 5D22-1053

v.                              LT Case No. 2015-CF-27584-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 11, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Tyrone Smith, Crawfordville, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.